# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL WILLIAMS, | : | Case No. 2:25-cv-154 |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| WRITE A PRISONER, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on the Notices of Appearance recently filed by counsel. (Doc. Nos. 9, 10.) It does not appear that the Notices were served on Plaintiff, who is confined in a correctional institution and proceeding here without the assistance of counsel. Although the Notices contain certificates of service, Plaintiff does not have electronic filing rights in this case and does not receive electronic notification of filings through the Court's filing system. *See generally* S.D. Ohio Civ. R. 5.2(d) ("Any party may make service through the Court's ECF system on parties who are registered users of the system as provided in Fed. R. Civ. P. 5(b)(2)(E)."). Counsel is **ORDERED** to serve Plaintiff with the Notices by mail and to file a certificate of service that so reflects.

**IT IS SO ORDERED.**

                                                                     */s/ Caroline H. Gentry*
                                                                     Caroline H. Gentry
                                                                     United States Magistrate Judge