**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS, | : | Case No. 2:25-cv-00154 |
| | : | |
| | : | District Judge James L. Graham |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| A CORPORATION D/B/A | : | |
| WRITEAPRISONER.COM, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On January 28, 2026, the Court ordered Plaintiff "to serve Defendants Upchurch, Atherton, and Arnold with his Second Motion to Amend the Complaint (Doc. No. 21) by mail, and to file a certificate of service that so reflects, by **February 13, 2026**." (Order, Doc. No. 25 at PageID 227 [emphasis in original].) To date, Plaintiff has not done so.

Plaintiff is again **ORDERED** "to serve Defendants Upchurch, Atherton, and Arnold with his Second Motion to Amend the Complaint (Doc. No. 21) by mail, and to file a certificate of service that" reflects this service. He shall serve these Plaintiffs and submit his Certificate of Service by **April 8, 2026**. If Plaintiff fails a second time to comply with the Court's orders, he may face sanctions up to and including dismissal of this case.

2

The <u>Clerk of Court</u> is **DIRECTED** to send a copy of this Court's previous Order

(Doc. No. 25) to Plaintiff along with this Order.

  **IT IS SO ORDERED.**

        */s/ Caroline H. Gentry*
        Caroline H. Gentry
        UNITED STATES MAGISTRATE JUDGE