**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS, | : | Case No. 2:25-cv-00154 |
| | : | |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| A CORPORATION D/B/A | : | |
| WRITEAPRISONER.COM, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER STRIKING MOTION**

Plaintiff Williams recently filed a "Motion for an Order Clarifying Debt Collection Under 28 U.S.C. §1915(B)(2) to Cashiers Office Collecting Funds." (Doc. No. 28.) The motion is very similar to Plaintiff's previous "Motion to [Request] an Order Specifying Requirements of 28 U.S.C. § 1915(B)(2) to Cashiers Office Collecting Funds," which he filed on February 4, 2026. (Doc. No. 26.) The Court denied the previous motion on February 17, 2026. (Doc. No. 27.) A second copy of the February 17 Order was mailed to Plaintiff, at his request, on March 5, 2026.

The instant motion was filed the next day, via email from the institution where Plaintiff resides. (*See* Doc. No. 28 at PageID 297.) However, Plaintiff failed, for at least the third time, to properly serve all Defendants with his filing. (*See* Doc. No. 28 at PageID 300 [indicating in the Certificate of Service that the Clerk's Office and counsel were served].) The Court previously informed Plaintiff that he was required to serve all

Defendants, including the *pro se* Defendants, and could not do so by serving counsel that had only appeared for two Defendants. (*See* Doc. No. 25 at PageID 276-278; Doc. No. 27 at PageID 295-296.) The Court also warned Plaintiff "that the Court may strike and disregard any document that has not been served on Defendants in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules." (Doc. No. 25 at PageID 295-296.)

The Court will do so here, as Plaintiff has made no effort to modify his service practices after two warnings. The Clerk of Court is **DIRECTED** to **STRIKE** Plaintiff's new motion from the record and to **RESTRICT** it to Court access only. (Doc. No. 28.)

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE

2