**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS, | : | Case No. 2:25-cv-00154 |
| | : | |
| | : | District Judge James L. Graham |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| A CORPORATION D/B/A | : | |
| WRITEAPRISONER.COM, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## ORDER

---

It has come to the Court's attention that certain documents may not have been mailed to the *pro se* defendants in this case. Out of an abundance of caution, the <u>Clerk of Court</u> is **DIRECTED** to mail a copy of the following documents to Defendants Arnold, Atherton, and Upchurch:

1. a print-out of the docket;

2. Order (Doc. No. 27);

3. Order (Doc. No. 32); and

4. Order Striking Motion (Doc. No. 33).

The <u>Clerk</u> is further **DIRECTED** to mail a print-out of the docket to Plaintiff with this Order.

**IT IS SO ORDERED.**

       */s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE