**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER-MICHAEL WILLIAMS, | : | Case No. 2:25-cv-00154 |
| | : | |
| | : | District Judge James L. Graham |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| A CORPORATION D/B/A | : | |
| WRITEAPRISONER.COM, *et al*., | : | |
| | : | |
| Defendants. | : | |

**NOTICE TO *PRO SE* PLAINTIFF OF PENDING MOTIONS**

On March 9, 2026, two Defendants filed motions in this case. First, A Corporation d/b/a WriteAPrisoner.com filed a Motion to Compel Arbitration. (Doc. No. 30.) Second, Adam Lovell filed a Motion to Dismiss the claims against him. (Doc. No. 31.) You should soon receive a copy of these Motions in the mail from Defendants' attorney.

You must file your Responses to Defendants' Motions by **March 30, 2026.** If circumstances beyond your control prevent you from meeting this deadline, you must immediately file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendants' Motions, the Court may grant the requested relief.** You are **REMINDED** of your obligation to serve all the other parties in the case. (*See* Doc. Nos. 25, 27, 33.)

**IT IS SO ORDERED.**

_____/s/ Caroline H. Gentry_____
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE