**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Christopher-Michael Williams,** | : | |
| | : | **Case No. 2:25-cv-00154** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **A Corporation d/b/a Writeaprisoner.com,** | : | **Magistrate Judge Gentry** |
| | : | |
| **Defendant.** | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

This matter is before the Court upon the Report and Recommendations ("R&R") of United States Magistrate Judge Gentry (doc. 49), regarding Plaintiff's motion (doc. 39) to dismiss certain Defendants. The R&R notes that Plaintiff's motion is unopposed and therefore recommends that the motion be granted and Defendants James Upchurch, Eugene Atherton, Steve Arnold, and Joy Perry be dismissed. *Id.* at # 472. The R&R also recommends dismissal of additional "Jane Doe" Defendants who remain un-served long after the 90-day deadline provided by Fed. R. Civ. P. 4(m). *Id.* at # 473-74. No objections to the R&R have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding no clear error in the R&R, the Court hereby **ADOPTS** the same.

Accordingly, Plaintiff's motion (doc. 39) is **GRANTED** and the above-named Defendants are **DISMISSED**. Furthermore, the Court **DISMISSES** the Jane Doe Defendants for lack of service.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: June 9, 2026